BEDFORD v. EASTERN BUILDING & LOAN ASS'N OF SYRACUSE. (Circuit Court of Appeals, Sixth Circuit.) Transferred to supreme court by writ of certiorari. See 21 Sup. Ct. 597, 181 U. S. 227, 45 L. Ed. ——.

BENTLEY v. ERIE R. CO. (Circuit Court of Appeals, Sixth Circuit. January 21, 1901.) No. 913. In Error to the Circuit Court of the United States for the Northern District of Ohio. James P. Wilson, for plaintiff in error. John H. Clarke, for defendant in error. No opinion. Affirmed.

BOARD OF COM'RS OF WILKES COUNTY v. COLER. (Circuit Court of Appeals, Fourth Circuit.) Questions certified to the supreme court. See 21 Sup. Ct. 458, 180 U. S. 506, 45 L. Ed. 642.

BOARD OF TRUSTEES OF HARDY TP., HOLMES COUNTY, v. BRATTLEBORO SAV. BANK. (Circuit Court of Appeals, Sixth Circuit. January 21, 1901.) No. 855. In Error to the Circuit Court of the United States for the Northern District of Ohio. S. M. Bailey, for plaintiff in error. Wm. II. Harris, for defendant in error. No opinion. Affirmed. See 98 Fed. 524.

CLONBROOK STEAM-BOILER CO. v. WILSON. (Circuit Court of Appeals, Third Circuit. March 20, 1901.) No. 17. In Error to the Circuit Court of the United States for the Eastern District of Pennsylvania. Dismissed under rule 20 (31 C. C. A. clxii., 90 Fed. clxii.). See 105 Fed. 846.

COULTER et al. v. FAHRNEY. (Circuit Court of Appeals, Eighth Circuit. May 13, 1901.) No. 1,513. Appeal from the Circuit Court of the United States for the Western District of Arkansas. Paul Jones, Oscar D. Scott, and Ernest Dale Owen, for appellants. Rose, Hemingway & Rose, for appellee. Dismissed, with costs, on motion of appellee. See 102 Fed. 403.

D. M. SECHLER CARRIAGE CO. et al. v. STEARNS et al. (Circuit Court of Appeals, Eighth Circuit. April 10, 1901.) No. 1,575. Appeal from the District Court of the United States for the Southern District of Iowa. L. G. Susemihl, for appellants. J. L. Parrish, for appellees. Dismissed, with costs, on motion of appellees.

DUFF MFG. CO. v. KALAMAZOO RAILROAD VELOCIPEDE CAR CO. (Circuit Court of Appeals, Sixth Circuit. July 2, 1901.) No. 928. In Error to the Circuit Court of the United States for the Eastern District of Michigan. Fred L. Chappell, for plaintiff in error. James I. Kay, for defendant in error. Before LURTON, Circuit Judge, and CLARK and EVANS, District Judges.

LURTON, Circuit Judge. The decree of the circuit court (102 Fed. 171) upholding the validity of the three patents to Josiah Barrett for improvements in lifting jacks, being patents Nos. 455,993, 455,994, and 455,995, and finding infringement, is affirmed upon the opinion of District Judge WANTY.

109 F.—67